# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
Grantham, Mallory § Case No. 10-31337
Grantham, Dorothy §
 §
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
 CLERK OF THE COURT
 219 S. Dearborn
 Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 08/22/2014 in Courtroom ,
 United States Courthouse
 Joliet City Hall
 150 West Jefferson, 2nd floor, Joliet, Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/07/2014           By: /s/ Michael G. Berland
                                              Trustee


*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
Grantham, Mallory § Case No. 10-31337
Grantham, Dorothy §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 94,500.00 |
| and approved disbursements of | $ | 48,199.27 |
| leaving a balance on hand of[1] | $ | 46,300.73 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 7,225.00 | $ 0.00 | $ 7,225.00 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 36.80 | $ 0.00 | $ 36.80 |
| Attorney for Trustee Fees: Rbert Lohman | $ 31,500.00 | $ 31,500.00 | $ 0.00 |
| Other: Robert Lohman | $ 1,699.27 | $ 1,699.27 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 7,261.80 |
| Remaining Balance | $ 39,038.93 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 18,424.32  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002B | Internal Revenue Service | $ 16,662.91 | $ 0.00 | $ 16,662.91 |
| 000008A | Wisconsin Dept of Revenue | $ 1,761.41 | $ 0.00 | $ 1,761.41 |
| | Total to be paid to priority creditors | | | $ 18,424.32 |
| | Remaining Balance | | | $ 20,614.61 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 112,321.84  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 7,333.84 | $ 0.00 | $ 1,345.99 |
| 000002A | Internal Revenue Service | $ 7,339.01 | $ 0.00 | $ 1,346.94 |
| 000003 | Chase Bank USA, N.A. | $ 10,670.21 | $ 0.00 | $ 1,958.32 |
| 000004 | Chase Bank USA, N.A. | $ 6,103.41 | $ 0.00 | $ 1,120.17 |
| 000005 | Chase Bank USA, N.A. | $ 22,109.87 | $ 0.00 | $ 4,057.86 |
| 000006 | Roundup Funding, LLC | $ 65.36 | $ 0.00 | $ 12.00 |
| 000007 | Wisconsin Electric Power Company | $ 257.62 | $ 0.00 | $ 47.28 |
| 000008B | Wisconsin Dept of Revenue | $ 33,377.06 | $ 0.00 | $ 6,125.75 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | American Express Centurion Bank | $ 25,065.46 | $ 0.00 | $ 4,600.30 |
| | Total to be paid to timely general unsecured creditors | | $ | 20,614.61 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-31337-BWB
Mallory S. Grantham                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: corrinal              Page 1 of 2              Date Rcvd: Jul 08, 2014
                                Form ID: pdf006             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2014.
db          +Mallory S. Grantham,    900 Plaintain Dr.,   Joliet, IL 60431-7870
15847057     American Express,    Box 0001,   Los Angeles, CA 90096-8000
16480601     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
15847058    +American Express Travel Related Ser,    OA Special Research,    PO BOX 297858,
              Fort Lauderdale, FL 33329-7858
15847061    +Bank of America,    100 Beecham Drive Suite 400,   Pittsburgh, PA 15205-9774
15847062     CBCS,   PO Box 163250,    Columbus, OH 43216-3250
15847063    +Chase Bank,   131 S Dearborn Fl 5,    Chicago, IL 60603-5520
16152429     Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
15847064    +Chase Cardmember Services,    PO Box 15153,   Wilmington, DE 19886-5153
15847065     Citi Platinum Select Card,    PO BOX 6000,   The Lakes, NV 89163-6000
15847066    #+Creditors Financial Group, LLC,    3131 South Vaughn Way Ste 110,    Aurora, CO 80014-3501
15847068    +EOS CCA,   700 Longwater Drive,    Norwell, MA 02061-1624
15847069    +FAC,   7929 N. Port Washington Rd.,    PO BOX 170680,   Milwaukee, WI 53217-8056
15847070    +Harris & Harris, Ltd.,    222 Merchandise Mart Plaza,   Suite 1900,    Chicago, IL 60654-1421
15847072    +Krawczyk, Duginski & Rohr,    PO Box 510377,   New Berlin, WI 53151-0377
15847073    +Land Mark Credit Union,    PO BOX 510138,   New Berlin, WI 53151-0138
15847075    +MK Orthopaedics,   Surgery & Rehabilitation,    823 129th Infantry Drive,    Joliet, IL 60435-8347
15847076    +Pierce & Associates,    1 N Dearborn, Suite 1300,   Chicago, IL 60602-4373
15847077    +Provena St. Joseph Medical Center,    333 Madison Street,    Joliet, IL 60435-8233
15847078    +Tenant,   N165 W21281 Tartan Ct,    Jackson, WI 53037-9364
15847080    +West Bend Clinic,    1700 W. Paradise Dr.,   West Bend, WI 53095-9790
15847081     Wisconsin Dept of Revenue,    PO Box 8901,   Madison, WI 53708-8901
15847082    +Zwicker & Associates,    80 Minuteman Rd,   Andover, MA 01810-1008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15847060     E-mail/Text: g20956@att.com Jul 09 2014 00:02:30      AT & T Mobility,    PO Box 6428,
              Carol Stream, IL 60197-6428
15847059    +E-mail/Text: bankruptcydept@anchorbank.com Jul 09 2014 00:02:22      Anchor Bank,   PO Box 7933,
              Madison, WI 53707-7933
16090940     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 09 2014 00:10:55      Discover Bank,
              Dfs Services LLC,    PO Box 3025,   New Albany, OH 43054-3025
15847067     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 09 2014 00:10:55      Discover Card,   PO Box 6103,
              Carol Stream, IL 60197-6103
15847071     E-mail/Text: cio.bncmail@irs.gov Jul 09 2014 00:01:41      Internal Revenue Service,
              PO Box 21126,   Philadelphia, PA 19114
15847074     E-mail/Text: mmrgbk@miramedrg.com Jul 09 2014 00:02:02      MiraMed Revenue Group, LLC,
              Dept. 77304,   PO BOX 77000,    Detroit, MI 48277-0304
16186053     E-mail/PDF: resurgentbknotifications@resurgent.com Jul 09 2014 00:05:03       Roundup Funding, LLC,
              MS 550,   PO Box 91121,    Seattle, WA 98111-9221
15847079     E-mail/Text: Bankruptcy-Notifications@we-energies.com Jul 09 2014 00:01:37       WE Energies,
              PO BOX 2046,   Milwaukee, WI 53201-2046
16224518     E-mail/Text: Bankruptcy-Notifications@we-energies.com Jul 09 2014 00:01:37
              Wisconsin Electric Power Company,    333 W Everett St, Rm A130,    Attn BK Dept,
              Milwaukee, WI 53203
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2014                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: corrinal              Page 2 of 2              Date Rcvd: Jul 08, 2014
                              Form ID: pdf006             Total Noticed: 32
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2014 at the address(es) listed below:

```
              Michael G Berland    on behalf of Trustee Michael G Berland einstein829@earthlink.net,
               IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
              Michael G Berland    einstein829@earthlink.net,   IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Stacy T. Beutler    on behalf of Debtor Mallory S. Grantham stacy@beutlerlaw.com,
               myecfbeutler@gmail.com;blcnotices@gmail.com
              Yanick  Polycarpe    on behalf of Creditor    BAC Home Loans Servicing, L.P.
               ypolycarpe@atty-pierce.com,   northerndistrict@atty-pierce.com
                                                                                             TOTAL: 5
```