# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Grantham, Mallory | § | Case No. 10-31337 |
| Grantham, Dorothy | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter     on          . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/MICHAEL G. BERLAND_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Mallory Grantham | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| MICHAEL G. BERLAND | | | | | |
| LOHMAN, RBERT | | | | | |
| LOHMAN, ROBERT | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008A | WISCONSIN DEPT OF REVENUE | | | | | |
| 000002B | INTERNAL REVENUE SERVICE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002A | INTERNAL REVENUE SERVICE | | | | | |
| 000006 | ROUNDUP FUNDING, LLC | | | | | |
| 000008B | WISCONSIN DEPT OF REVENUE | | | | | |
| 000007 | WISCONSIN ELECTRIC POWER COMPANY | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

| Case No: | 10-31337 | BL | Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|
| Case Name: | Grantham, Mallory | | | Date Filed (f) or Converted (c): | 07/14/10 (f) |
| | Grantham, Dorothy | | | 341(a) Meeting Date: | 08/19/10 |
| For Period Ending: | 10/17/14 | | | Claims Bar Date: | 12/01/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 900 Plaintain, Joliet, Illinois | 199,475.00 | 0.00 | | 0.00 | FA |
| 2. N165 w. 21281 Tartan, Jackson, Wisconsin | 220,000.00 | 0.00 | | 0.00 | FA |
| The trustee hired a broker but broker deterrmined there was insuffcient value to administer the asset. | | | | | |
| 3. CASH | 10.00 | 0.00 | | 0.00 | FA |
| 4. Checking Bank of Shorewood | 800.00 | 0.00 | | 0.00 | FA |
| 5. Scholar Plan for son 520 | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS | 4,000.00 | 0.00 | | 0.00 | FA |
| 7. Emplloyee group term insurance | 0.00 | 0.00 | | 0.00 | FA |
| 8. K & M Men's Company | 2,500.00 | 0.00 | | 0.00 | FA |
| 9. Joliet pension | 6,927.00 | 0.00 | | 0.00 | FA |
| 10. Mallory Wellness | 10.00 | 0.00 | | 0.00 | FA |
| 11. Butterfly Life Womens Fitness Centers | 0.00 | 0.00 | | 0.00 | FA |
| 12. rent and property damage of former tenant | 13,100.00 | 0.00 | | 0.00 | FA |
| 13. 2007 tax refund | 2,500.00 | 0.00 | | 0.00 | FA |
| 14. 2008 tax refund | 7,713.00 | 0.00 | | 0.00 | FA |
| 15. 2009 tax refund | 500.00 | 0.00 | | 0.00 | FA |
| 16. 2000 Chevrolet Minivan | 1,865.00 | 0.00 | | 0.00 | FA |
| 17. 2002 Ford taurus | 200.00 | 0.00 | | 0.00 | FA |
| 18. 2002 Saab | 5,000.00 | 0.00 | | 0.00 | FA |
| 19. Personal injury (u) | 0.00 | 94,500.00 | | 94,500.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $466,100.00     $94,500.00     $94,500.00     $0.00

(Total Dollar Amount in Column 6)

LFORM1     Ver: 18.00a

**UST Form 101-7-TDR (5/1/2011)** *(Page: 6)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-31337   BL   Judge: Bruce W. Black | Trustee Name:   MICHAEL G. BERLAND |
| Case Name: | Grantham, Mallory | Date Filed (f) or Converted (c):   07/14/10 (f) |
| | Grantham, Dorothy | 341(a) Meeting Date:   08/19/10 |
| | | Claims Bar Date:   12/01/10 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The case was reopened in 2013 because the debtor had not disclosed a PI case. The Trustee filed a Motion To Compromise Interest In PI Case, which was approved.

Initial Projected Date of Final Report (TFR): 12/31/15     Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-31337 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | Grantham, Mallory | | Bank Name: | Congressional Bank |
| | Grantham, Dorothy | | Account Number / CD #: | *******0986 Checking Account |
| Taxpayer ID No: | *******4501 | | | |
| For Period Ending: | 10/17/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/10/14 | 19 | Libefty Mutual | PI settlement per court order | 1242-000 | 94,500.00 | | 94,500.00 |
| 04/14/14 | 001001 | Mallory Grantham | Payment of exemption case to debtor | 8100-000 | | 15,000.00 | 79,500.00 |
| 04/14/14 | 001002 | Lohman, Neschis & Tolitano LLC | payment to special counsel per court order for attonrey fee | 3210-000 | | 31,500.00 | 48,000.00 |
| 04/14/14 | 001003 | Lohman, Neschis & Tolitano LLC | Payment of special counsel expenses per court order | 3220-000 | | 1,699.27 | 46,300.73 |
| 08/25/14 | 001004 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Chapter 7 Compensation/Fees | 2100-000 | | 7,225.00 | 39,075.73 |
| 08/25/14 | 001005 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Chapter 7 Expenses | 2200-000 | | 36.80 | 39,038.93 |
| 08/25/14 | 001006 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Claim 000002B, Payment 100.00000% | 5800-000 | | 16,662.91 | 22,376.02 |
| 08/25/14 | 001007 | Wisconsin Dept of Revenue<br>PO Box 8901<br>Madison, WI 53708-8901 | Claim 000008A, Payment 100.00000% | 5300-000 | | 1,761.41 | 20,614.61 |
| 08/25/14 | 001008 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 18.35314% | 7100-000 | | 1,345.99 | 19,268.62 |
| 08/25/14 | 001009 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Claim 000002A, Payment 18.35316% | 7100-000 | | 1,346.94 | 17,921.68 |
| 08/25/14 | 001010 | Chase Bank USA, N.A. | Claim 000003, Payment 18.35315% | 7100-000 | | 1,958.32 | 15,963.36 |
| | | | Page Subtotals | | 94,500.00 | 78,536.64 | |

Ver: 18.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 10-31337 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | Grantham, Mallory | | Bank Name: | Congressional Bank |
| | Grantham, Dorothy | | Account Number / CD #: | *******0986 Checking Account |
| Taxpayer ID No: | *******4501 | | | |
| For Period Ending: | 10/17/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/25/14 | 001011 | PO Box 15145<br>Wilmington, DE 19850-5145<br>Chase Bank USA, N.A. | Claim 000004, Payment 18.35318% | 7100-000 | | 1,120.17 | 14,843.19 |
| 08/25/14 | 001012 | PO Box 15145<br>Wilmington, DE 19850-5145<br>Chase Bank USA, N.A. | Claim 000005, Payment 18.35316% | 7100-000 | | 4,057.86 | 10,785.33 |
| 08/25/14 | 001013 | PO Box 15145<br>Wilmington, DE 19850-5145<br>Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Claim 000006, Payment 18.35985% | 7100-000 | | 12.00 | 10,773.33 |
| 08/25/14 | 001014 | Wisconsin Electric Power Company<br>333 W Everett St, Rm A130<br>Attn BK Dept<br>Milwaukee, WI 53203 | Claim 000007, Payment 18.35261% | 7100-000 | | 47.28 | 10,726.05 |
| 08/25/14 | 001015 | Wisconsin Dept of Revenue<br>PO Box 8901<br>Madison, WI 53708-8901 | Claim 000008B, Payment 18.35317% | 7100-000 | | 6,125.75 | 4,600.30 |
| 08/25/14 | 001016 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000009, Payment 18.35314% | 7100-000 | | 4,600.30 | 0.00 |

Page Subtotals 0.00 15,963.36

Ver: 18.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 9)

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-31337 -BL |
| Case Name: | Grantham, Mallory |
| | Grantham, Dorothy |
| Taxpayer ID No: | *******4501 |
| For Period Ending: | 10/17/14 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******0986  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 94,500.00 | 94,500.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 94,500.00 | 94,500.00 | |
| Less: Payments to Debtors | | 15,000.00 | |
| Net | 94,500.00 | 79,500.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********0986 | 94,500.00 | 79,500.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 94,500.00 | 79,500.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 18.00a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*